UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TINA ZANDERS,

        Plaintiff,                       CASE NO. 6:10-CV-1080-ORL-18KRS

vs.

MARKEM, INC., and
SYNITRA HUTCHERSON,

        Defendants.
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

        In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or another Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

        I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.


Dated: August 03, 2010                          */s/ L. Todd Budgen*
                                                       L. TODD BUDGEN, ESQ.
                                                         Bar No.: 0296960
                                                         BUDGEN LAW GROUP
                                                         400 North Bumby Avenue
                                                         Orlando, Florida 32803
                                                         Tel.: (407) 481-2888
                                                         Fax.: (407) 313-1119
                                                         E-Mail: tbudgen@mywagefirm.com
                                                         Counsel for the Plaintiff